**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**and SHEILA TRITT,**

                **Plaintiffs,**

**-vs-**                                **Case No. 6:07-cv-954-Orl-22DAB**

**192 FLEA MARKET OUTLET, INC.,**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR DEFAULT (Doc. No. 7)**
>
> **FILED:** October 8, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

According to the certificate of service on the motion, Azfar H. Syed is the Registered Agent for the corporate defendant. The Proof of Service on Defendant indicates, however, that the Complaint and summons were served not on Azfar Syed, but on "Savi Nickels, Assistant/Bookeeper" who stated that she "authorized to accept service of process on behalf of the defendant." The inconsistency is not explained, nor is there evidence that Ms. Nickels is, in fact, authorized pursuant to Florida law to accept service on behalf of this Defendant. The motion is therefore **denied, without prejudice** to renew, upon such a showing.

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties