**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**and SHEILA TRITT,**

                **Plaintiffs,**

**-vs-**                                       **Case No.  6:07-cv-954-Orl-22DAB**

**192 FLEA MARKET OUTLET, INC.,**

                **Defendant.**

## ORDER

This cause is before the Court on Plaintiffs' Motion for Entry of Judgment After Default (Doc. No. 22) filed on March 18, 2008.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiffs, the Court agrees that Plaintiffs have presented no evidence sufficient to provide a legal basis for entry of an injunction.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 2, 2008 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** to the extent that it concludes that Plaintiff has presented no evidence sufficient to provide a legal basis for entry of an injunction.

2. The Motion for Entry of Judgment After Default (Doc. No. 22) is DENIED without prejudice to refile with evidentiary support, by June 2, 2008.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 2, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge